O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER FRASER, | Case No. EDCV 08-00250-OP |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

///
///
///

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1    IT IS ADJUDGED that Judgment be entered affirming the decision of the
2 Commissioner, and dismissing this action with prejudice.

5  DATED:    March 30, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge